DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

MARY H. HAAS (State Bar No. 149770)
maryhaas@dwt.com

Attorneys for Assignee of Record
U.S. BANK NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROVIDENT SERVICES, INC., <br><br> Plaintiff(s), <br><br> vs. <br><br> DAVID A. KERN, INGRID N. KERN and CHARLES KERN, <br><br> Defendant(s). | Case No. 99-cv-00356–TJH (Cw) <br><br> [PROPOSED] RENEWAL OF JUDGMENT <br><br> C.C.P. § 683.110 et. seq. |

I certify that, in the above entitled action and Court, Judgment originally entered on March 24, 1999, has been renewed as of March 23, 2009 in favor of Assignee of Record U.S. Bank National Association, a national bank association and as agent for Assignee of Record, SCI Oregon Funeral Services, Inc., an Oregon corporation and against David A. Kern, 13009 Rincon Road, Apple Valley, CA 92308 and Ingrid N. Kern, 1810 E. Palm Avenue, #4301, Tampa, Fl 33605.

The original judgment as of March 24, 1999 was calculated as follows: $3,393,982.46 in Principal, $90,914.13 in prejudgment interest ($1044.99 per diem

1

[PROPOSED] RENEWAL OF JUDGMENT
DWT 12607340v2 0050033-000219

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST. SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

from and after December 1, 1998 to until the entry of Judgment (February 26, 1999)), $11,937 in costs and $189,988.09 in attorneys' fees for a total amount of $3,686,821.68. (See attached Certification of Judgment Exhibit 1.)

The Renewed Judgment is calculated as follows as of March 18, 2009:

a. Total judgment as of 3/24/99 .................................. $3,686,821.68
b. Costs after judgment............................................................ $0
c. Subtotal *(add a and b)* ............................................. $3,686,821.68
d. Credits after judgment........................................................ $0
e. Subtotal *(subtract d from c)* ................................... $3,686,821.68
f. Interest after judgment* ......................................... <u>$3,684,801.50</u>
g. **Total renewed judgment** *(add e and f)* ............... $7,371,623.18

*Interest calculated at 10% per annum ($1,010.09 per diem) pursuant to Cal. Civ. Proc. §685.010 for the time period of March 24, 1999 to March 18, 2009.

Date: March <u>23</u>, 2009          Clerk, by <u>     Lori Muraoka     </u>, Deputy

2

[PROPOSED] RENEWAL OF JUDGMENT
DWT 12607340v2 0050033-000219

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST. SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899